**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ROSEMARY G. GASIOR, INDIVIDUALLY : No. 66 WAL 2017
AND AS EXECUTRIX OF THE ESTATE :
OF JOSEPH M. GASIOR, DECEASED, :
: Petition for Allowance of Appeal from
        Petitioner : the Order of the Superior Court
:
:
      v. :
:
:
ALBERT C. PARULIS, M.D.; SYED R. :
GILANI, M.D.; UPMC, A/K/A UNIVERSITY :
OF PITTSBURGH MEDICAL CENTER; :
UPMC BRADDOCK, A/K/A UNIVERSITY :
OF PITTSBURGH MEDICAL CENTER- :
BRADDOCK; UPMC EMERGENCY :
MEDICINE, INC., D/B/A EMERGENCY :
RESOURCE MANAGEMENT, INC,; AND :
UPMC PRESBYTERIAN SHADYSIDE, :
A/K/A UPMC SHADYSIDE, :
:
        Respondents :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.